

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 99-00261-R |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of |
| LUIS MAGALLANES-MARTINEZ, | ) | Probation/Supervised Release |
| | ) | Conditions) |
| Defendant. | ) | |

On arrest warrant issued by the United States District Court for the _CDCA_ involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A. ( ✓ ) the appearance of defendant as required; and/or

    B. ( ✓ ) the safety of any person or the community.

        The Court concludes:

    A. ( ✓ ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can abide by cond. of rlease_

B.  (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he can abide by cond. of release_

IT IS ORDERED defendant be detained.

DATED: July 29, 2009.

*Carolyn Turchin*
_____
CAROLYN TURCHIN
U.S. MAGISTRATE/DISTRICT JUDGE